THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| R.J.E., | : | |
| | : | |
| **Plaintiff,** | : | Case No.: 5:25-cv-00152-CAR-CHW |
| | : | |
| v. | : | |
| | : | Social Security Appeal |
| **COMMISSIONER OF** | : | |
| **SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

The Commissioner of Social Security has moved, under sentence four of 42 U.S.C. § 405(g),[1] for entry of judgment to remand the case for further administrative action. (Doc. 13). In light of that request, to which the Plaintiff is unopposed, the Court hereby **REVERSES** and **REMANDS** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).[2] On remand, the Commissioner, through the ALJ, will offer Plaintiff an opportunity for a hearing, take any necessary action to complete the administrative record, and issue a new decision.

---

[1] Sentence four of § 405(g) provides: "The court shall have power to enter, upon the pleadings, and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

[2] *See Shalala v. Schafer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 3rd day of September, 2025.

                                              s/ C. Ashley Royal
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT