IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| R.J.E., | : | |
| Plaintiff, | : | |
| v. | : | No. 5:25-cv-152-CAR-CHW |
| COMMISSIONER OF SOCIAL SECURITY, | : | Social Security Appeal |
| Defendant. | : | |

**ORDER ON REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of the United States Magistrate Judge to grant Plaintiff's unopposed Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. No objection was filed, and the time in which to do so has now expired. Upon review of the Recommendation and the record in this case, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 17] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Accordingly, Plaintiff's Motion for Attorney's Fees [Doc. 16] is **GRANTED**, and it is **HEREBY ORDERED** that Plaintiff receive $11,595.61 in attorney's fees and $405.00 in costs, and this award be paid directly to Plaintiff.

1

**SO ORDERED,** this 8th day of October, 2025.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
